UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br>Plaintiff,<br>v.<br>LOPEZ, et al.,<br>Defendants. | Case No. 2:25-cv-2014-DJC-JDP (P)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Plaintiff has filed objections to the findings and recommendations, and has requested an additional 30 days to file his amended complaint. The Court notes that the Magistrate Judge originally ordered Plaintiff to file his amended complaint by October 23, 2026, or over a year ago. Plaintiff has had more than ample time to prepare his amended complaint, and his request for additional time to do is denied.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2026, ECF No. 12, are ADOPTED in full;
2. This action is DISMISSED without prejudice for failure to prosecute for the reasons set forth in the February 19, 2026 order.; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE